JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY OF SOUTHERN CALIFORNIA on behalf of its KECK HOSPITAL OF USC,<br><br>Plaintiff,<br><br>vs.<br><br>GARDNER TRUCKING, INC. HEALTH BENEFIT PLAN, a California Corporation; VINCENT VUCINIC, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No: 2:17-cv-09156-AB-AFM<br><br>[~~PROPOSED~~] **ORDER** |

## ORDER

On March 5, 2018, the appearing parties to the above referenced action filed a Stipulation to Remand Removed Action. This case is remanded to the Los Angeles County Superior Court.

IT IS SO ORDERED.

DATED: March 07, 2018

_____
ANDRÉ BIROTTE JR.
United States District Judge